JUDITH L. WILSON et al., Appellants, v JASON G. SURNIAK et al., Respondents. [784 NYS2d 409]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered October 9, 2003. The order granted defendants' motion for summary judgment dismissing the complaint in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated in decision at Supreme Court. Present—Green, J.P., Gorski, Martoche, Lawton and Hayes, JJ.